```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 00639
   ANGELA L BLAND
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-8060

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/25/2006 and was confirmed 04/05/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL    CURRENT MORTG          .00            .00            .00
HOMECOMINGS FINANCIAL    MORTGAGE ARRE       2834.14           .00        2834.14
DAIMLER CHRYSLER FINANCI SECURED             2657.58        620.94        2657.58
DAIMLER CHRYSLER FINANCI UNSECURED            887.69           .00            .00
DAIMLERCHRYSLER FINANCIA SECURED             2628.16        256.30        1121.52
DAIMLERCHRYSLER FINANCIA UNSECURED         NOT FILED           .00            .00
KROPIK PAPUGA & SHAW     NOTICE ONLY       NOT FILED           .00            .00
B-LINE LLC               UNSECURED            4707.06          .00            .00
CHASE BANK               UNSECURED            1682.76          .00            .00
FIRST EXPRESS            UNSECURED             744.58          .00            .00
MUTUAL HOSPITAL SERV     UNSECURED         NOT FILED           .00            .00
MUTUAL HOSPITAL          NOTICE ONLY       NOT FILED           .00            .00
NCO FINANCIAL            UNSECURED         NOT FILED           .00            .00
AT & T BANKRUPCTY        NOTICE ONLY       NOT FILED           .00            .00
NCO COLLECTION AGENCY    UNSECURED         NOT FILED           .00            .00
NCO FINANCIAL            UNSECURED         NOT FILED           .00            .00
NICOR GAS                UNSECURED            1383.94          .00            .00
ROUNDUP FUNDING LLC      UNSECURED            2566.38          .00            .00
SEARS CITI SEARS         NOTICE ONLY       NOT FILED           .00            .00
SHERMAN ACQUISITION      UNSECURED         NOT FILED           .00            .00
GE CAPITAL               NOTICE ONLY       NOT FILED           .00            .00
VERIZON WIRELESS         UNSECURED         NOT FILED           .00            .00
CHASE BANK               SECURED NOT I         71.12           .00            .00
ROUNDUP FUNDING LLC      UNSECURED             384.89          .00            .00
GLEASON & MACMASTER      DEBTOR ATTY        1,500.00                      1,500.00
TOM VAUGHN               TRUSTEE                                            544.52
DEBTOR REFUND            REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00639 ANGELA L BLAND
```

```
TRUSTEE                                  9,535.00

PRIORITY                                                         .00
SECURED                                                     6,613.24
    INTEREST                                                  877.24
UNSECURED                                                        .00
ADMINISTRATIVE                                              1,500.00
TRUSTEE COMPENSATION                                          544.52
DEBTOR REFUND                                                    .00
                                     ----------------  ----------------
TOTALS                                   9,535.00           9,535.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                        PAGE   2
      CASE NO. 06 B 00639 ANGELA L BLAND